UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIANCE MEDIAWORKS (USA), INC.,

    Plaintiff,

v.                                     Case No. 11-14486

GIARMARCO, MULLINS & HORTON, P.C.,
et al.,

    Defendants.
                                               /

**ORDER SETTING TELEPHONE CONFERENCE**

      During the February 15, 2012 scheduling conference held in this legal-malpractice action, the court agreed to abide by counsel's request to delay the formal commencement of discovery, until such time as an appeal pending in the lawsuit on which Plaintiff's claims are based is resolved.  On May 1, 2012, court staff held a telephone conference with counsel to inquire into the status of that appeal.  During the conference, counsel indicated that, while the appeal had still yet to be decided, they have agreed to conduct some limited discovery, primarily for preservation purposes.  The court urges counsel to so proceed and will set a future telephone conference to discuss the status of the litigation.  Accordingly,

      IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **June 18, 2012, at 2:00 p.m.** The court will place the telephone call.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 2, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 2, 2012, by electronic and/or ordinary mail.

                                     s/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                     (313) 234-5522