# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RELIANCE MEDIAWORKS (USA), INC.,

    Plaintiff,

v.                                      Case No. 11-14486

GIARMARCO, MULLINS & HORTON, P.C.,
et al.,

    Defendants.
                                            /

## ORDER SETTING TELEPHONE CONFERENCE

During the February 15, 2012 scheduling conference held in this matter, counsel requested that the court delay entry of a scheduling order until the resolution of an appeal pending in *Newburgh/Six Mile Limited Partnership II v. Adlabs Films USA, Inc.*, No. 09-11067 (E.D. Mich.), *appeal docketed*, No. 10-2562 (6th Cir. Nov. 30, 2010)—the suit on which this legal malpractice action is based.  The court agreed on the understanding that, should the district court's decision be reversed, some or all of Plaintiff's claims may become moot.  On May 22, 2012, the United States Court of Appeals for the Sixth Circuit issued an opinion affirming the district court.  *Newburgh/Six Mile Limited Partnership II v. Adlabs Films USA, Inc.*, No. 10-2562, 2012 WL 1850645 (6th Cir. May 22, 2012).  The court would like to hear counsel's views on the impact of this decision on, and a potential trial schedule for, the instant litigation.  Accordingly,

IT IS ORDERED that the telephone conference scheduled for June 18, 2012, at 2:00 p.m., is RESET to **June 6, 2012, at 11:30 a.m.**  The court will place the telephone call.

IT IS FURTHER ORDERED that counsel are DIRECTED to file a joint proposed discovery plan under Federal Rule of Civil Procedure 26(f) no later than **June 5, 2012**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522