**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RELIANCE MEDIAWORKS (USA) INC.,

    Plaintiff,

v.                                                Case No: 11-14486

GIARMARCO, MULLINS &
HORTON, P.C., et al.,

    Defendants.
                                      /

**JUDGMENT**

    In accord with the court's "Opinion and Order" dated November 27, 2012, and "Opinion and Order" dated December 27, 2012,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, Giarmarco, Mullins & Horton, P.C., Dennis M. Raus, and Scott Pugliese, and against Plaintiff, Reliance Mediaworks (USA) Inc.

    Dated at Detroit, Michigan, this 27th day of December, 2012.

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                                         BY: S/Lisa Wagner
                                                  Lisa Wagner, Deputy Clerk
                                                  and Case Manager to
                                                  Judge Robert H. Cleland